NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE PACTIV LLC

---

2014-1066, -1067, -1068, -1069, -1070

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 90/011,132, 90/010,976, 90/011,128, 90/011,130, and 90/011,131.

---

## JUDGMENT

---

DANIEL H. SHULMAN, Reynolds Group Holdings, Ltd., of Lake Forest, Illinois, argued for appellant. With him on the brief was JOHN C. GATZ, Nixon Peabody LLP, of Chicago, Illinois.

AMY J. NELSON, Associate Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for appellee. With her on the brief were NATHAN K. KELLEY, Solicitor, SCOTT C. WEIDENFELLER, Senior Counsel for Patent Law and Litigation, and ROBERT J. MCMANUS, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* NEWMAN and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| September 15, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |